**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DANNY TREY CROSSLAND** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-345** |
| **WARDEN BROOKS, ET AL.** | **SECTION: "P" (3)** |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Eva J. Dossier.[1]  The Report recommends that the claims of Plaintiff, Danny Trey Crossland, against all defendants be dismissed with prejudice pursuant to 28 U.S.C. § 1915A on the basis that Crossland has failed to state a claim upon which relief may be granted and that his claims are legally frivolous.  The Report further recommends that to the extent Crossland requests habeas relief, this request should be dismissed without prejudice for seeking relief that cannot be granted in a § 1983 civil rights proceeding. Crossland filed written objections to the Magistrate Judge's Report and Recommendation, wherein Crossland objects to the dismissal of his § 1983 and ADA claims on various grounds, and Crossland also clarifies that he is not seeking habeas relief in this action.[2]

The Court has conducted a *de novo* review of Crossland's Complaint, the Report and Recommendation, the Objections to the Report and Recommendation, and the applicable law.[3] After a thorough review, the Court concludes the Magistrate Judge's recommendation should be adopted because Crossland's allegations fail to state a claim upon which relief can be granted

---

[1] R. Doc. 4.

[2] R. Doc. 7.

[3] See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3) (requiring a district judge to determine *de novo* any part of the magistrate judge's disposition that has been properly objected to).

against any named defendant for the reasons articulated in the Magistrate Judge's Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (R. Doc. 4) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Crossland's § 1983 and ADA claims against defendants Rayburn Correctional Center, Warden Day, Warden Brooks, Warden Bickham, Secretary Gary E. Westcott, the Louisiana Secretary of State, Dr. Juan Martinez, and Nurse Tiffany Nola are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C § 1915A for failure to state a claim upon which relief may be granted.

Having dismissed all of Crossland's claims in this action, the Clerk of Court shall close this case.

New Orleans, Louisiana, this 8th day of July 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

2